
FILED
AUG 1 6 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence located at 109 S Gallaher View Road, Apt 143, Knoxville, TN 37919 and the Blue Toyota Sienna Minivan bearing TN Tag No. 343BGQD

Case No. 3:23-MJ-1127

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* Residence located at 109 S Gallaher View Road, Apt 143, Knoxville, TN 37919 and the Blue Toyota Sienna Minivan bearing TN Tag No. 343BGQD (See, Attachment A).

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor to Engage in Sexual Activity |

The application is based on these facts:
Please see the Affidavit of TFO Thomas Evans, which is attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Thomas Evans, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/2023

*Judge's signature*

City and state: Knoxville, Tennessee

Hon. Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

Premises:

Apartment # 143 at the InTown Suites Extended Stay located at 109 S Gallaher View Rd., Knoxville, TN 37919 in the Eastern District of Tennessee, for any computer/device(s), computer-related media and smartphones located on the premises and within the blue Toyota Sienna TN tag 343BGQD.

Physical Description of Premises:

See Attached photo of apartment # 143 of the InTown Suites Extended Stay building located at 109 S Gallaher View Rd., Knoxville, TN 37919. See attached photograph of Toyota Sienna TN Tag 343BGQD.

Premises Location:

The InTown Suites Extended Stay is located at 109 S Gallaher View Rd., Knoxville, TN 37919. Apartment #143 is located on the ground floor on the South East side of the building. The apartment has a blue door and the number 143 to the right of the door. Windows on either side of the door with what appears to be an air conditioning/heating unit under the window to the right of the door. The Toyota Sienna TN Tag 343BGQD is usually parked in the parking lot of the apartment complex in front of or near apartment #143.



## ATTACHMENT B

**Below is a list of items to be searched and seized from the premises described in ATTACHMENT A:**

    1.    Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes, video recording devices, video recording players, monitors and or televisions, flatbed scanners and data where instrumentalities of and will contain evidence related to this crime. The following definitions apply to the terms as set out in this attachment:

    (a) <u>Computer Hardware</u>:

Computer hardware consists of all equipment, which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as thumb drives, CD-ROMs, external hard drives, media cards (SD, Compact Flash, micro SD, memory stick), smart phones, smart televisions, computer game consoles (Sony PlayStation, Xbox), tablets, iPods or iPads, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printers, video display monitors, and related communication devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

    (b) <u>Computer Software</u>:

Computer software is digital information, which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

    (c) <u>Documentation</u>:

Computer-related documentation consists of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use computer hardware, software, or other related items.

    (d) <u>Passwords and Data Security Devices</u>:

Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress,

hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

1. Child pornography in any form.

2. Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under Title 18, United States Code, Section 2256(8).

3. Any and all correspondence identifying persons transmitting, through interstate commerce including the United States mail or computers, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

4. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).