

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

FILED AUG 16 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Residence located at 109 S Gallaher View Road, Apt 143, Knoxville, TN 37919 and the Blue Toyota Sienna Minivan bearing TN Tag No. 343BGQD )

Case No. 3:23-MJ-1127

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Tennessee__
*(identify the person or describe the property to be searched and give its location)*:

Residence located at 109 S Gallaher View Road, Apt 143, Knoxville, TN 37919 and the Blue Toyota Sienna Minivan bearing TN Tag No. 343BGQD (See, Attachment A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __August 16, 2023__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. Debra C. Poplin__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/2/2023 @ 2:03pm     _____
                                                 Judge's signature

City and state: Knoxville, Tennessee    Hon. Debra C. Poplin, United States Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:23-MJ-1127 | Date and time warrant executed: 8/15/23 3:30pm | Copy of warrant and inventory left with: D. Moore / J. Parker |

Inventory made in the presence of: Jennifer Parker, Tom Evans

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED CONFISCATION SHEETS

FILED
AUG 16 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-15-23

_Thomas Evans_
Executing officer's signature

Thomas Evans / Detective
Printed name and title

## ATTACHMENT A

### DESCRIPTION OF PREMISES TO BE SEARCHED

Premises:

Apartment # 143 at the InTown Suites Extended Stay located at 109 S Gallaher View Rd., Knoxville, TN 37919 in the Eastern District of Tennessee, for any computer/device(s), computer-related media and smartphones located on the premises and within the blue Toyota Sienna TN tag 343BGQD.

Physical Description of Premises:

See Attached photo of apartment # 143 of the InTown Suites Extended Stay building located at 109 S Gallaher View Rd., Knoxville, TN 37919. See attached photograph of Toyota Sienna TN Tag 343BGQD.

Premises Location:

The InTown Suites Extended Stay is located at 109 S Gallaher View Rd., Knoxville, TN 37919. Apartment #143 is located on the ground floor on the South East side of the building. The apartment has a blue door and the number 143 to the right of the door. Windows on either side of the door with what appears to be an air conditioning/heating unit under the window to the right of the door. The Toyota Sienna TN Tag 343BGQD is usually parked in the parking lot of the apartment complex in front of or near apartment #143.



# ATTACHMENT B

**Below is a list of items to be searched and seized from the premises described in ATTACHMENT A:**

1. Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes, video recording devices, video recording players, monitors and or televisions, flatbed scanners and data where instrumentalities of and will contain evidence related to this crime. The following definitions apply to the terms as set out in this attachment:

(a) <u>Computer Hardware</u>:

Computer hardware consists of all equipment, which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as thumb drives, CD-ROMs, external hard drives, media cards (SD, Compact Flash, micro SD, memory stick), smart phones, smart televisions, computer game consoles (Sony PlayStation, Xbox), tablets, iPods or iPads, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printers, video display monitors, and related communication devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

(b) <u>Computer Software</u>:

Computer software is digital information, which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

(c) <u>Documentation</u>:

Computer-related documentation consists of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use computer hardware, software, or other related items.

(d) <u>Passwords and Data Security Devices</u>:

Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress,

hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

1. Child pornography in any form.

2. Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under Title 18, United States Code, Section 2256(8).

3. Any and all correspondence identifying persons transmitting, through interstate commerce including the United States mail or computers, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

4. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

# KNOXVILLE POLICE DEPARTMENT
## PROPERTY INVENTORY REPORT

Year/Comp# 23 0112-600-01 Date/Time 8/15/23 1730  Policy Signature ☐
Sign_____
EVIDENCE ☒ FOUND ☐ STOLEN ☐ SAFE KEEPING ☐
Signature indicates that KPD safekeeping policy has been explained
RECEIPT ISSUED Y☒ N☐  DOM VIOLENCE Y☐ N☐

ONE ONLY

FE☐ MSD☐ SUS☒ VIC☐ FINDER☐ SEIZ☐ | FE☐ MSD☐ SUS☐ VIC☐ FINDER☐ SEIZ☐

1. NAME: Darrell Moore Jr    R W/M
ADD: 109 S Gallaher View #143  DOB 3/5/82
CITY/ST/ZIP: Knoxville TN 37919
PHONE: (W) _____ (H) _____
WARRANT#/CHARGES _____

2. NAME: _____ R _____
ADD _____ DOB _____
CITY/ST/ZIP _____
PHONE: (W) _____ (H) _____
WARRANT#/CHARGES _____

**LOCATION FOUND OR RECOVERED (address)**

DETAILED DESCRIPTION OF PROPERTY (MAKE, BRAND, MODEL, TYPE, COLOR, SERIAL#, ETC.) AND CIRCUMSTANCES OF HOW THE PROPERTY CAME TO BE IN YOUR POSSESSION.

ONE ITEM PER LINE | PROPERTY UNIT USE ONLY STO-LOC | DC

1. Samsung Fold 4  w/ Cable  IMEI 352285144880714
2. One + Phone  IMEI: 990017690319518
3. Samsung S8+  IMEI: 355988080690214
4. T-Mobile REWL  IMEI: 354133101393255
5. Verizon Motorola  302021012221724453692

FILED AUG 16 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

HOLD FOR INVESTIGATOR(NAME): _____

OWNER NOTIFIED Y☒ N☐ PH☐ MAIL☐
NOTIFIED BY (NAME) TEVANS
DATE OF NOTIFICATION 8/
OK TO RELEASE Y☐ N☒
OK TO DISPOSE Y☐ N☒

NCIC-POSITIVE ☐ ☐
IF "Yes" IS CHECKED NCIC PRINTOUT MUST BE ATTACHED
COMPUTER DOWN ☐ ☐

PROPERTY TECH (NAME & ID) _____  CROSS REF# _____
PROPERTY CONF BY (NAME & ID) TEVANS ICAC
SUPERVISOR SIGNATURE _____  PAGE 1 OF 4

CALL TYPE 10- ___
YR/COMP# 23-0112-600-01
23-028034

WHITE - WITH PROPERTY   YELLOW - IAU   PINK - AS RECEIPT   BLUE - OFFICER

# KNOXVILLE POLICE DEPARTMENT
## PROPERTY INVENTORY REPORT
### SUPPLEMENTAL PAGE

DETAILED DESCRIPTION OF PROPERTY (MAKE, BRAND, MODEL, TYPE, COLOR, SERIAL#, ETC.) AND CIRCUMSTANCES OF HOW THE PROPERTY CAME TO BE IN YOUR POSSESSION.

| ONE ITEM PER LINE | STO-LOC | DC |
|---|---|---|
| 6. S/N: NZI53LNC — Playstation Seagate 2TB EXT HDD | | |
| 7. Samsung Camera L-200 w/ SD Card | | |
| 8. Nintendo Switch  XKW70031525902 | | |
| 9. San Disk 32GB  BM1610230717D  in Case Logic camera case | | |
| 10. Canon PowerShot SX 530 HS  in case logic bag | | |
| 11. TCL Tablet (Black) | | |
| 12. Black Tablet  IMEI: 016277003189954 | | |
| 13. San Disk Cruzer Glide 16GB - BZ170125 2168 | | |
| 14. Samsung Tablet  334 252489 | | |
| 15. Orange/Silver Flash Drive | | |
| 16. IMEI 357695105304514?  Samsung Galaxy S10+ | | |

FILED
AUG 16 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

PROPERTY CONFISCATED BY: T. EVANS
PROPERTY TECHNICIAN: _____
SUPERVISORS SIGNATURE _____

PAGE 2 OF 4

YR/COMP# 23-028034
23-0112-000-001

KP-CI-CRI(9/00)-039B-R1-FT-1

| ONE ITEM PER LINE | PROPERTY UNIT USE ONLY | |
|---|---|---|
| | STO-LOC | DC |
| 17 — IMEI: 01606000120000 — SVA Model SVR950BZMT (in van) | | |
| 18 — Blue ADATA 8GB Flash Drive 120734874C | | |
| 19 — 142416A456RARG315 — White Toshiba 8GB Flash Drive | | |
| 20 — (White & Yellow) Kingston 8GB DataTraveler | | |
| 21 — TVUNQ03193563 — Sony 16GB MicroSD Card | | |
| 22 — SanDisk SDHC Card 4GB | | |
| 23 — ResMed SD Card | | |
| 24 — PRDRX01 — Blackweb Dongle MQL | | |
| 25 — ONN Dongle PRDRX0M | | |
| 26 — Metro MicroSD 16GB 200485488089 | | |
| 27 — C16GTAIWAN — Toshiba MicroSD 16GB | | |

FILED
AUG 16 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

PROPERTY CONFISCATED BY: T. EVANS
PROPERTY TECHNICIAN: _____
SUPERVISORS SIGNATURE _____

PAGE 8 OF 4

YR/COMP# 23-012-600-001 23-028034



DETAILED DESCRIPTION OF PROPERTY (MAKE, BRAND, MODEL, TYPE, COLOR, SERIAL#, ETC.) AND CIRCUMSTANCES OF HOW THE PROPERTY CAME TO BE IN YOUR POSSESSION.

| ONE ITEM PER LINE | PROPERTY UNIT USE ONLY | |
|---|---|---|
| | STO-LOC | DC |
| 28. SP Micro SD Card 4GB — C04G 1406CY3982P | | |
| 29. Micro SD Card 2GB — SD-C02G | | |
| 30. SanDisk Micro SD Card 32GB (ID) | | |
| 31. Samsung Micro SD Card 16GB 1A359P2 | | |
| 32. ONN 32GB Micro SD Card | | |
| 33. Micro SD 2GB - SD-C02G | | |
| 34. #12 Random SIM Cards | | |
| 35. #13 Nintendo Switch SD Card (Games) | | |
| 36. Samsung Galaxy S8+ (IMEI) (Cracked screen) 353989083962725 | | |
| 37. HP Laptop S/N: 5CG3325DN7 (Windows 8) | | |
| 38. SanDisk Ultra 128GB USB 3.0 | | |

PROPERTY CONFISCATED BY: T. EVANS

PROPERTY TECHNICIAN: _____

SUPERVISORS SIGNATURE _____

PAGE 4 OF 4

YR/COMP# B230634
23-0112-000-001